# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153852(45)

DETROIT FREE PRESS, INC., and
FEDERATED PUBLICATIONS, INC.,
   Plaintiffs-Appellants,

v

UNIVERSITY OF MICHIGAN REGENTS,
   Defendant-Appellee.

_____/

SC: 153852
COA: 328182
Ct of Claims: 14-000176-MZ

   On order of the Chief Justice, the motion of the Michigan Press Association *et al.* to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on August 31, 2016, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016



Clerk